UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PREETKAMAL KAUR,

               Petitioner,

  v.

NATHALIE R. ASHER, Field Office Director, Immigration and Customs Enforcement, et al.,

               Respondents.

Case No. C12-2250-RSM-BAT

**REPORT AND RECOMMENDATION**

On December 26, 2012, Preetkamal Kaur, in the custody of the United States Immigration and Customs Enforcement, filed a "Petition for Writ of Habeas Corpus and Emergency Request for Stay of Exclusion/Removal/Deportation." Dkt. 1. The Court subsequently issued a temporary stay of removal and directed respondents to show cause why the petition should not be granted. Dkt. 5. On February 1, 2013, however, petitioner filed an agreed motion for voluntary dismissal of the petition for writ of habeas corpus. Dkt. 13. Petitioner asserts that, subsequent to filing the petition for writ of habeas corpus, respondents reconsidered the Threshold Interview decision made under the Safe Third Country Agreement with Canada, issued a new Threshold Interview decision, conducted a Credible Fear Interview, determined that Ms. Kaur was eligible to apply for asylum in the United States, and then released Ms. Kaur on parole.

REPORT AND RECOMMENDATION- 1

The Court, having reviewed the motion, recommends that the motion for voluntary dismissal be **GRANTED**, and that this action and all claims asserted herein be **DISMISSED** without prejudice and without fees or costs to either party.  Because the parties have stipulated that the case be voluntarily dismissed as set forth above, the Court recommends that United States District Judge Ricardo S. Martinez immediately approve this Report and Recommendation.  A proposed order accompanies this Report and Recommendation.

DATED this 4th day of February, 2013.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION- 2