UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PREETKAMAL KAUR,<br><br>                     Petitioner,<br><br>   v.<br><br>NATHALIE R. ASHER, Field Office Director, Immigration and Customs Enforcement, et al.,<br><br>                    Respondents. | Case No. C12-2250-RSM<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed petitioner's agreed motion for voluntary dismissal, Dkt. 13, the Report and Recommendation of the Hon. Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner's agreed motion for voluntary dismissal (Dkt. 13) is **GRANTED**, and this action is **DISMISSED** without prejudice and without fees or costs to either party.

(3)    The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 5 day of February 2013.

                                                RICARDO S. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE